IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

SHARON DRUCKER,

Plaintiff-Appellant,

v.                                        NO.  29,107

FIRST NATIONAL BANK OF SANTA FE,

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**James A. Hall, District Judge**

Daniel Morris Faber
Albuquerque, NM

for Appellant

Modrall, Sperling, Roehl, Harris & Sisk
Lisa Mann
Albuquerque, NM

Jennifer A. Noya
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Plaintiff Sharon Drucker filed an appeal from the district court's order partially denying her motion to reconsider its order compelling arbitration.  This Court issued

a calendar notice proposing to affirm. Defendant First National Bank of Santa Fe filed a timely memorandum in support of this Court's proposed calendar notice. Plaintiff filed a memorandum in opposition, which Plaintiff has now withdrawn. As no other memorandum in opposition has been filed, and the time for doing so has expired, we affirm for the reasons set out in this Court's notice of proposed disposition.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**



_____
**CELIA FOY CASTILLO, Judge**